**Fill in this information to identify your case:**

Debtor 1    Patricia E. Crear
            First Name             Middle Name             Last Name

Debtor 2
(Spouse if, filing)    First Name             Middle Name             Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

Case number 18-03096-TOM-13
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
☑ creditors have claims secured by your property, or
☑ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial** <br><br> Description of property securing debt: **2012 Hyundai** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a Reaffirmation Agreement. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ☑ Yes |
| Creditor's name: **Exeter Finance LLC** <br><br> Description of property securing debt: **2015 Chevrolet Malibu** | ☑ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a Reaffirmation Agreement. <br> ☐ Retain the property and [explain]: _____ | ☑ No <br><br> ☐ Yes |
| Creditor's name: **Flagstar Bank** <br><br> Description of property securing debt: **House** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a Reaffirmation Agreement. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ☑ Yes |

Official Form 108       Statement of Intention for Individuals Filing Under Chapter 7       page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Creditor's name: | NPRTO South East Furniture | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | Furniture | | |

| Creditor's name: | Tower Loan | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | Furniture | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  /s/ Patricia E. Crear                                    X _____
   Patricia E. Crear                                           Signature of Debtor 2
   Signature of Debtor 1
   January 30, 2019

Debtor 1 Patricia E. Crear   Case number *(if known)* 18-03096-TOM-13

Date January 30, 2019   Date _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: PATRICIA E. CREAR, ) CASE NO.: 18-03096-TOM-13
    SSN:   XXX-XX-0262 )
                                     ) CHAPTER 13
                                     )
         Debtor. )

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 30th day of January, 2019 a copy of the **Statement of Intention** was served upon the following:

Bradford W. Caraway, Trustee
PO Box 10848
Birmingham AL 35202

Thomas Corbett, Esquire
Bankruptcy Administrator
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham AL 35203

And all Creditors
& Parties on the attached
Court Matrix

by ECF Filing and/or by mailing a copy of the same United States Mail, properly addressed and First Class postage prepaid.

/s/ Ted Stuckenschneider
**TED STUCKENSCHNEIDER**
205 North 20th Street, Suite 427
Birmingham AL 35203
Telephone: (205) 324-5631

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-2<br>Case 18-03096-TOM13<br>NORTHERN DISTRICT OF ALABAMA<br>Birmingham<br>Wed Jan 16 13:27:05 CST 2019 | Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U. S. Bankruptcy Court<br>Robert S. Vance Federal Building<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
| Alabama Police Credit Union<br>3712 4th Avenue South<br>Birmingham, AL 35222-2420 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| BROOKWOOD ORTHOPEDIC SPORTS<br>c/o HOLLOWAY CREDIT SOLUTIONS, LLC<br>PO BOX 230609<br>MONTGOMERY, AL 36123-0609 | Brookwood Medical Ctr<br>2010 Brookwood Med Dr.<br>Birmingham, AL 35209-6875 | Brookwood Orthopedic Assoc<br>c/o Holloway Credit Solutions<br>PO Box 230609<br>Montgomery, AL 36123-0609 |
| Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (p)CHECK DEPOT CORPORATE OFFICE<br>ATTN WANDA WALKER<br>211 SUMMIT PKWY<br>SUITE 116<br>BIRMINGHAM AL 35209-4742 |
| Check N Go<br>137 Bess Super Hwy<br>Birmingham, AL 35228-2101 | Easy Money<br>210 BY Williams Drive<br>Midfield, AL 35228-2221 | Exeter Finance   LLC<br>PO Box 204480<br>Dallas, TX 75320-4480 |
| Exeter Finance LLC<br>P.O. Box 167399<br>Irving, TX 75016-7399 | FedLoan Servicing<br>US Dept of Education<br>PO Box 530210<br>Atlanta, GA 30353-0210 | Flagstar Bank<br>PO Box 660263<br>Dallas, TX 75266-0263 |
| Gulfco of AL dba<br>Tower Loan<br>PO Box 983<br>Bessemer, AL 35021-0983 | Juaren Crear<br>807 Saint Julian Street<br>Brighton, AL 35020-1346 | Lakeview Loan Servicing, LLC<br>Flagstar Bank, FSB<br>5151 Corporate Drive<br>Troy, MI 48098-2639 |
| Lakeview Loan Servicing, LLC<br>M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | NPRTO South-East, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 | Progressive Leasing<br>NPRTO South-East LLC<br>256 W. Data Drive<br>Draper, UT 84020-2315 |
| Retreat at Rocky Ridge Apartments<br>1000 Autumn Wood Drive<br>Birmingham, AL 35216-5260 | Rise Credit<br>4150 Intl Plaza Suite 300<br>Fort Worth, TX 76109 | Rural Metro of Alabama<br>5600 Shirley Park Drive<br>Bessemer, AL 35022-3402 |
| Sprint<br>c/o AFNI<br>PO Box 3517<br>Bloomington, IL 61702-3517 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | Tower Loan of Bessemer<br>P.O. Box 983<br>Bessemer, AL 35021-0983 |

| | | |
|---|---|---|
| Wendy Crear<br>4189 South Shades Crest Road<br>Hoover, AL 35244-6738 | (p)CHAPTER 13 STANDING TRUSTEE<br>ATTN BRADFORD W CARAWAY<br>PO BOX 10848<br>BIRMINGHAM AL 35202-0848 | Juarn T. Crear<br>807 Saint Julian Street<br>Brighton, Al 35020-1346 |
| Patricia E. Crear<br>807 Saint Julian Street<br>Brighton, AL 35020-1346 | Ted Stuckenschneider P.C<br>427 Frank Nelson Building<br>205 North 20th St<br>Birmingham, AL 35203-3609 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Check Depot<br>211 Summit Pkwy. #116<br>Birmingham, AL 35209 | (d)Check Depot<br>22 Phillips Drive<br>Midfield, AL 35228 | TitleBucks<br>654 Bessemer Super Highway<br>Midfield, AL 35228 |

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Flagstar Bank, FSB, | (u)Lakeview Loan Servicing, LLC | End of Label Matrix<br>Mailable recipients  34<br>Bypassed recipients   2<br>Total                 36 |